IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA KEBLANSKY, | No. CIV S-10-1041-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On May 7, 2010, the court granted plaintiff's motion for leave to proceed in forma pauperis.  That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  As of June 28, 2010, plaintiff had not complied and the court directed plaintiff to show cause why this action should not be dismissed.

1  Plaintiff filed a response on June 29, 2010.  In her response, plaintiff's counsel
2 states that service documents were mailed but returned because an insufficient number of copies
3 had been submitted.  Counsel states that service documents, with the appropriate number of
4 copies, have been resubmitted.  Good cause appearing therefor, the order to show cause is
5 discharged.
6  IT IS SO ORDERED.

 DATED:  July 1, 2010

 _____
 **CRAIG M. KELLISON**
 UNITED STATES MAGISTRATE JUDGE

2