BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MARINA KEBLANSKY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | 2:10-cv-1041-CMK <br><br> **STIPULATION AND ORDER FOR 30-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The undersigned requires additional time to fully address the issues raised in Plaintiff's motion. In addition, the undersigned must prepare for a deposition on April 25, 2011, and travel to Los Angeles on April 26, 2011 to conduct the deposition. The current due date is April 27, 2011. The new due date will be May 27, 2011.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

1

Respectfully submitted,

Date:   April 21, 2011            *s/ Jesse S. Kaplan**
                                               JESSE S. KAPLAN
                                               Attorney for Plaintiff
                                               (by email authorization 4/21/11)


BENJAMIN B. WAGNER
United States Attorney

LUCILLE GONZALES MEIS
Regional Chief Counsel, Social Security Administration

By:   */s/ Cynthia B. De Nardi*
       CYNTHIA B. DE NARDI
       Special Assistant United States Attorney

## ORDER

**APPROVED AND SO ORDERED.**

**Date:   4/29/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2