IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA KEBLANSKY, | No. CIV S-10-1041-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Because plaintiff has now filed a dispositive motion as directed in the court's scheduling order, the February 24, 2011, order to show cause is discharged.

      IT IS SO ORDERED.

DATED: June 30, 2011

                                                            _____
                                                             **CRAIG M. KELLISON**
                                                             UNITED STATES MAGISTRATE JUDGE